1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-00169-GW-4 |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JERIMIAH JOHNSON, ) | |
| Defendant. ) | |

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the CENTRAL District of

18   CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)    information in the Pretrial Services Report and Recommendation

26              (X)    information in the violation petition and report(s)

27              ( )    the defendant's nonobjection to detention at this time

28              (X)    other: Allegations of  absconting from supervision

1

1          and/ or

2   B. (X)    The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6              (X)    information in the Pretrial Services Report and Recommendation

7              (X)    information in the violation petition and report(s)

8              ( )    the defendant's nonobjection to detention at this time

9              (X)    other: <u>Lengthy criminal history</u>

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  January 20, 2016          _____

15                                     KENLY KIYA KATO
                                       United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28